IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH REMBERT,       ) | |
|     Plaintiff,       ) | |
| ) | |
| v.       ) | CIVIL ACTION: 14-00503-KD-B |
| ) | |
| SELMA CITY BOARD OF EDUCATION,   ) | |
|     Defendant.       ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Selma City Board of Education, and against the Plaintiff Joseph Rembert.

**DONE** and **ORDERED** this the **25**th day of **September 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**